KAREN P. HEWITT
United States Attorney
A. DALE BLANKENSHIP
Assistant U. S. Attorney
California State Bar No. 23590
880 Front Street, Room
San Diego, CA 92101
Telephone: (619) 557-6199

Attorneys for the
United States of America

FILED
JUN 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8499

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOUANNI FRANCISCO PEREZ-TINOCO Defendant. | Magistrate Case No.: **MOTION AND ORDER TO SEAL** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. Dale Blankenship, Assistant United States Attorney, and hereby moves that the Government's Complaint and Affidavit be ordered sealed until further order of the court in order to protect the secrecy of an undercover operation and to protect defendant from others learning of their cooperation with the government.

DATED: June 2, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

John S. Weis for
A. DALE BLANKENSHIP
Assistant U.S. Attorney

FILED
JUN 0 2 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8499

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOUANNI FRANCISCO PEREZ-TINOCO<br>Defendant. | ) | Magistrate Case No.:<br><br>ORDER |

Upon application of the UNITED STATES, and good cause appearing,

IT IS ORDERED that the Government's Complaint and Affidavit and this order be sealed until further order of the court.

IT IS SO ORDERED.

DATED: 6-2-08.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE