KAREN P. HEWITT
United States Attorney
A. DALE BLANKENSHIP
Assistant U. S. Attorney
California State Bar No. 23590
880 Front Street, Room
San Diego, CA 92101
Telephone: (619) 557-6199

Attorneys for the
United States of America

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOUANNI FRANCISCO PEREZ-TINOCO,<br>Defendant. | Criminal Case No.: 08MJ8499<br><br>MOTION AND ORDER UNSEALING COMPLAINT AND ATTACHED WARRANT |

Upon application of the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. Dale Blankenship, Assistant U. S. Attorney, hereby files its motion for an order unsealing the attached Complaint and Warrant.

DATED: June 5, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

A. DALE BLANKENSHIP
Assistant U.S. Attorney

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOUANNI FRANCISCO PEREZ-TINOCO,<br>Defendant. | Criminal Case No.: 08MJ8499<br><br>ORDER<br>UNSEALING COMPLAINT<br>AND ATTACHED WARRANT |

IT IS HEREBY ORDERED that the attached Complaint and Warrant in the above-referenced case be unsealed.

IT IS SO ORDERED.

DATED: June 5, 2008.

HONORABLE PETER C. LEWIS
United States District Judge