UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Jouanni Francisco PEREZ-Tinoco

Magistrate Case No. '08 MJ 8499

**WARRANT FOR ARREST**

WARRANT ISSUED ON THE BASIS OF:

☐ Failure to Appear
☐ Order of Court
☐ Indictment
☐ Information
X Complaint

TO:

Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

Jouanni Francisco PEREZ-Tinoco

DISTRICT OF ARREST:
SOUTHERN DISTRICT

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

**False Representation of a Social Security Number**

| | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| **IN VIOLATION OF:** | **42** | **408(a)(7)(B)** |

BAIL

No Bail

OTHER CONDITIONS OF RELEASE

ORDERED BY

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

DATE ORDERED 6-2-08

BY

DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

DATE RECEIVED

DATE EXECUTED 6/4/08

NAME AND TITLE OF ARRESTING OFFICER
PAUL LEWENTHAL, SPECIAL AGENT

SIGNATURE

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.