[redacted]

UNITED STATES DISTRICT COURT

[redacted]

SOUTHERN DISTRICT OF CALIFORNIA

[redacted]

08CR1696-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Francisco Zapot-Palacios<br>Defendant(s) | ) | CRIMINAL NO. 08mj 8409<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Emmanuel Sanchez-Rubio

DATED: 7/14/08

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

2008 JUL 15 P 12:07

U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

RECEIVED ____________ DUSM

OR

J. PARIS

W. SAMUEL HAMRICK, JR. Clerk

by ____________ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082