UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08CR1696-H

UNITED STATES OF AMERICA, Plaintiff

vs.

Francisco Zapot-Palacios

Defendant(s)

CRIMINAL NO. 08mj 8409

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RECEIVED 2008 JUL 15 P 12:06 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Valentin Gonzalez-Miranda

DATED: 7/14/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. PARIS Deputy Clerk